IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **ERIKA JOHNSON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| **vs.** ) | Civil Action Number |
| ) | **5:05-cv-0964-UWC** |
| **ALOHA HOSPITALITY INT'L, INC.,** ) | |
| **d/b/a WINGS SPORTS GRILLE,** ) | |
| ) | |
| Defendant. ) | |

# FINDINGS OF FACT AND
# CONCLUSIONS OF LAW ON DAMAGES

Default judgment having previously been entered against the Defendant, the Court hereby makes the following Findings of Fact on the issue of Plaintiff's damages.[1]

1. Plaintiff has accrued backpay damages in the amount of $14,750.00.

2. Plaintiff has incurred $589.00 in medical bills as a result of her loss of medical insurance.

3. Plaintiff has suffered $29,500.00 in damages for pain and suffering.

4. The Defendant knew or showed reckless disregard for the matter of whether

---

[1] These findings are based on the affidavit and other evidence submitted by the Plaintiff.

its conduct was forbidden by the Family Medical Leave Act.

4. Plaintiff has reasonably incurred $2,382.00 in attorney's fees and other expenses in the prosecution of this case.

## CONCLUSIONS OF LAW

Based on the foregoing Findings of Fact, the Court makes the following Conclusions of Law.

1. Plaintiff is entitled to recover of Defendant the sum of $14,750.00 as backpay and $589.00 in medical expenses.

2. Plaintiff is entitled to recover of Defendant the sum of $29,500.00 as liquidated damages.

3. Plaintiff is entitled to recover of Defendant the sum of $2,382.00 as a reasonable attorney's fee and reimbursement of expenses reasonably incurred in the prosecution of this action.

By separate order, the Court will award damages to Plaintiff in the amount of $47,221.00.

Done this 19th day of August, 2005.

　　　　　　　　　　　　　　　　　　　　／s／ U.W. Clemon
　　　　　　　　　　　　　　　　　　　　U.W. Clemon
　　　　　　　　　　　　　　　　　　　　Chief United States District Judge